Dismissed and Memorandum Opinion filed July 1, 2004









Dismissed and Memorandum Opinion filed July 1, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00431-CV

____________

 

IN THE
INTEREST OF E.W. AND K.W.

 

 



 

On Appeal from the
278th District Court

Walker County, Texas

Trial Court Cause No.
21,947

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 26, 2004.

On June 24, 2004, appellant filed a motion to dismiss because
appellant no longer desires to prosecute this appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 1, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.